# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## CASE NO. 3:09-cv-335-RJC-DSC

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| QUEEN SHOALS, LLC; QUEEN SHOALS II, LLC; SELECT FUND, LLC; SIDNEY STANTON HANSON; and CHARLOTTE M. HANSON, | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| SECURE WEALTH FUND, LLC; HERITAGE GROWTH FUND, LLC; DOMINION GROWTH FUND, LLC; TWO OAKS FUND, LLC; DYNASTY GROWTH FUND, LLC; and QUEEN SHOALS GROUP, LLC, | ) ) ) ) ) ) ) | |
| Relief Defendants. | ) | |

**THIS MATTER** is before the Court on a motion for order to show cause. The plaintiff moves the Court to order defendant Sydney Hanson to show cause as to why he should not be held in contempt for violating the Court's September 16, 2009 Order. The Court is aware of a pending federal-court criminal matter involving Hanson and has questions as to the effect of this civil case on the criminal matter.

**IT IS, THEREFORE, ORDERED** that within ten days of this Order the CFTC submit a brief on the issue of the Court's authority to require responses from the defendant where such responses might implicate his Fifth Amendment rights in a pending criminal matter.

Signed: March 5, 2010

Robert J. Conrad, Jr.
Chief United States District Judge